FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2022 JUN -2  A 10: 56

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-2, CONTROLLING A COMPUTER NETWORK AND THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS, <br><br> Defendants. | Civil Action No: 1:22-cv-607 (AJT/WEF) <br><br> **FILED UNDER SEAL PURSUANT TO LOCAL RULE 5** |

## NOTICE OF EXECUTION OF TEMPORARY RESTRAINING ORDER AND MOTION TO UNSEAL CASE

PLEASE TAKE NOTICE that the Court's temporary restraining order has been executed. Pursuant to the Court's instructions, Plaintiff Microsoft Corporation ("Microsoft") hereby files this Notice of Execution and respectfully moves for an order unsealing all pleadings and records in this case. There is no longer any cause to maintain this action under seal. Upon unsealing of this case, Plaintiff will promptly effect services of process on Defendants.

- 1 -

Dated: June 2, 2022  Respectfully submitted,

/s/ David J. Ervin
David J. Ervin (VA Bar. No. 34719)
Garylene Javier (*pro hac vice pending*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington DC 20004-2595
Telephone: (202) 624-2500
Fax: (202) 628-5116
dervin@crowell.com
gjavier@crowell.com

Gabriel M. Ramsey (*pro hac vice pending*)
Anna Z. Saber (*pro hac vice pending*)
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Fax: (415) 986-2827
gramsey@crowell.com
asaber@crowell.com

*Attorneys for Plaintiff Microsoft Corp.*