# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Microsoft Corporation )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>John Does 1-2 )<br>)<br>    Defendant. ) | Civil Action No. 1:22cv607 |

## **JUDGMENT**

Pursuant to the order of this Court entered on January 30, 2024 and in accordance with Federal Rules of Civil Procedure 55, JUDGMENT is hereby entered in favor of the Plaintiff, Microsoft.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
       D. Van Metre
       Deputy Clerk

Dated: 01/30/2024
Alexandria, Virginia